

NUMBER 13-08-000068-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAIME ROCKY SALINAS, M.D. AND
MARIA DE JESUS MUNOZ, M.D.,                         APPELLANTS,

v.

SAN BENITO MEDICAL ASSOCIATES, INC.,               APPELLEE.

On Appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Jaime Rocky Salinas, M.D., and Maria de Jesus Munoz, M.D., and

appellee, San Benito Medical Associates, Inc., have filed a joint motion to dismiss this

appeal. According to the motion, the parties have reached an agreement to settle and

compromise their differences. The parties request that this Court dismiss the appeal with costs to be borne by the party incurring same.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 17th day of April, 2008.